UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HARINDER JEET SINGH,

                Plaintiff,              14 **CIVIL** 10111 (PAC)

    -against-                      **JUDGMENT**

EXCEL SECURITY CORP., RXR 620
MASTER LEASE, LLC, RXR PROPERTY
MANAGEMENT LLC, SECURITAS
SECURITY SERVICES CORP., JOHN
DOES 1-5 and ABC CORPS. 1-5 (fictitious
Names),

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2021, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           March 31, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         BY:
                                                **Deputy Clerk**